UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-2496-ABJ |
| | ) |
| CBRE TECHNICAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby notifies the Court that it has resolved this matter with the Defendant and hereby dismisses the Complaint against the Defendant without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

Respectfully submitted,

Dated: April 19, 2017

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By: _____
R. Richard Hopp (Bar No. 432221)
*Attorney for the Plaintiff*

283701